UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   SECTION 20 LAND GROUP LTD.,
                              Debtor.
_____

DAVID BAUTSCH AND ANDREW J. KRAUSE,

          Appellants.

vs.                                Case No.   2:05-cv-317-FtM-29DNF
                                   Adversary No. 00-378

TEXTRON FINANCIAL CORPORATION,

          Appellee.
_____

**ORDER**

This matter comes before the Court on appellee Textron Financial Corporation's Motion to Strike Appellants' Third Notice of Appeal of Summary Judgment (Dist. Doc. #6)[1], filed on July 25, 2005.  Appellants filed a Response (Dist. Doc. #8) on August 19, 2005.

This is the third appeal in the adversary proceeding from the Order Granting Motion for Summary Judgment (Doc. #28)[2] and Final Judgment (Doc. #29).  The first appeal, in Case No. 2:02-cv-486-

---

[1] The Motion was originally filed in the Bankruptcy Court.  On June 27, 2005, the Bankruptcy Court entered an Agreed Order Granting Textron Financial Corp.'s Ex Parte Motion for Transmittal of Record to District Court, Stay of Obligations Under Bankruptcy Rule 8006 and Cancellation of July 7 Hearing on Motion to Strike.

[2] The Docket Numbers hereafter refer to the numbers assigned in Bankruptcy Court unless otherwise stated.  Copies of the relevant documents are included in the record transmitted by the Bankruptcy Court or otherwise available through PACER.

FTM-29DNF, was dismissed because the case remained pending as to the co-defendant Twineagles and no certification had issued, and therefore the Court lacked jurisdiction.  In the alternative, the Court also found that no excusable neglect existed for the failure to file a designation of the record and a statement of issues form transmittal on appeal.

The second appeal, in Case No. 2:04-cv-456-FTM-29SPC, was also dismissed for lack of jurisdiction.  The Court found that the Notice of Voluntary Dismissal of Twineagles, filed subsequent to the dismissal of the first appeal, was without prejudice and therefore not final and appealable pursuant to CSX Transp., Inc. v. City of Garden City, 235 F.3d 1325 (11th Cir. 2000).

On May 16, 2005, appellants filed a Notice of Voluntary Dismissal of Claim With Prejudice (Doc. #52).  The Notice of Appeal (Doc. #53) was timely filed on May 24, 2005, and appellants filed a Statement of Issues on Appeal (Doc. #54) the same day.

Upon consideration of the arguments and based on the Court's previous findings, the Court finds that the appeal is timely, final and appealable.  See Hood v. Plantation Gen. Med. Ctr., Ltd., 251 F.3d 932 (11th Cir. 2001).  Therefore, the Motion to Strike will be denied.

Accordingly, it is now

**ORDERED**:

1.  Textron Financial Corporation's Motion to Strike Appellants' Third Notice of Appeal of Summary Judgment (Doc. #6) is **DENIED**.

2.  Appellants shall file their Initial Brief within **TEN (10) DAYS** of this Opinion and Order.  The parties shall otherwise follow the briefing scheduling established by Fed. R. Bankr. P. 8009(a).

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of August, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record